Entered on Docket
June 20, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 20, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

JON G. BROOKS, ESQ.  SBN: 217930
DAVID C. HSU, ESQ.   SBN: 254336
LAW OFFICES OF JON G. BROOKS
941 W. Hedding St.
San Jose, CA  95126
(408) 286-2766

Attorneys for Debtor(s)
CHRISTOPHER DATU

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:   )
　　　　 ) BANKRUPTCY NO. 11-41093 EDJ
CHRISTOPHER DATU,   )
　　　　 ) CHAPTER 13
　　　　 )
  Debtor(s)   ) **ORDER VALUING LIEN OF GMAC**
　　　　 ) **MORTGAGE, LLC**
　　　　 )
　　　　 )
　　　　 ) Honorable Edward D. Jellen

On March 23, 2011, Debtors filed a motion to avoid the lien of GMAC Mortgage, LLC (hereinafter Lienholder) against the property commonly known as 803 Edward Werth Drive, Rodeo, CA 94572 (hereinafter Property), and more fully described in Exhibit A hereto, which lien was recorded in Contra Costa County on or about June 28, 2006 as document 2006-0204313-00 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, GMAC Mortgage, LLC does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. [§§ 506, 1322 (b)(2) and 1327].

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

ORDER VALUING LIEN OF GMAC MORTGAGE, LLC

**EXHIBIT "A"**

SITUATED IN THE COUNTY OF CONTRA COSTA AND STATE OF CALIFORNIA:

REAL PROPERTY IN AN UNINCORPORATED AREA, COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

PARCEL ONE:

LOT 35, AS SHOWN ON THE MAP OF SUBDIVISION 8250, FILED OCTOBER 27, 1999, MAP BOOK 417, PAGE 1, CONTRA COSTA COUNTY RECORDS .

PARCEL TWO:

A RIGHT OF WAY (NOT TO BE EXCLUSIVE) AS AN APPURTENANCE TO PARCEL ONE ABOVE AND ANY SUBDIVISION OR SUBDIVISIONS THEREOF , FOR USE AS A ROADWAY FOR VEHICLES OF ALL KINDS, PEDESTRIANS AND ANIMALS, FOR WATER, GAS, OIL, AND SEWER PIPE LINES, AND FOR TELEPHONE, CABLE, ELECTRIC LIGHT AND POWER LINES, TOGETHER WITH NECESSARY POLES OR UNDERGROUND CONDUITS TO CARRY SAID LINES OVER, UNDER, AND UPON LOT A OF SAID SUBDIVISION 8250.

PERMANENT PARCEL NUMBER: 357-120-047-0


*** End of Order ***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | U.S. TRUSTEE |
| 3 | Office of the U.S. Trustee<br>Post Office Box 2070 |
| 4 | Oakland, CA 94604-207 |
| 5 | |
| 6 | Bankruptcy Trustee<br>Martha Bronitsky, Standing Trustee |
| 7 | PO Box 5004<br>Hayward, CA 94540 |
| 8 | |
| 9 | GMAC Mortgage, LLC<br>ATTN: Officer or Managing Agent |
| 10 | 3451 Hammond Avenue |
| 11 | Waterloo, IA 50702 |
| 12 | GMAC Mortgage, LLC |
| 13 | ATTN: Officer or Managing Agent<br>1100 Virginia Drive |
| 14 | Ft. Washington, PA 19034 |
| 15 | GMAC Mortgage, LLC |
| 16 | ATTN: Officer or Managing Agent<br>Routh Crabtree Olsen, PS |
| 17 | 505 N. Tustin Avenue  Suite 243<br>Santa Ana, CA 92705 |
| 18 | |
| 19 | Jonathan J. Damen<br>Routh, Crabtree and Olsen PS |
| 20 | 1241 E Dyer Rd. #250<br>Santa Ana, CA 92705 |
| 21 | |
| 22 | David C. Hsu, Esq. |
| 23 | Law Offices of Jon G. Brooks |
| 24 | 941 W. Hedding St.<br>San Jose, CA 95126 |
| 25 | |
| 26 | Christopher Datu<br>803 Edward Werth Drive |
| 27 | Rodeo, CA 94572 |
| 28 | |
LAW OFFICES of JON G. BROOKS
941 West Hedding Street
San Jose, California 95126

ORDER VALUING LIEN OF GMAC MORTGAGE, LLC